NUMBER
13-05-436-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

REAGEN ELIZABETH BERRY,                                      Appellant,

 

                                           v.

 

TEXAS DEPARTMENT OF FAMILY AND 

PROTECTIVE SERVICES,                                            Appellee.

___________________________________________________________________

 

                  On
appeal from the 33rd 
District Court

                          of
San Saba County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                    Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellant, REAGEN ELIZABETH BERRY, attempted to perfect
an appeal from a judgment entered by the 33rd District Court of San Saba County, Texas, in cause number 8230.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 22nd
day of August, 2005.